STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

_____

John Doe,                            Civil Action: No 18-cv-02427

Plaintiff,

v.

Jane Doe,

Defendant

And

Twitter, Inc.

Third Party Defendant

_____

FIRST COMPLAINT AND JURY DEMAND