**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Alfred A. Arraj United States Courthouse
901 19th STREET, ROOM A1038
DENVER, COLORADO 80294

**WILEY Y. DANIEL**  TELEPHONE: (303) 335-2170
UNITED STATES SENIOR DISTRICT JUDGE  TELECOPIER: (303)335-2178

# M E M O R A N D U M

**TO:** Jeffrey P. Colwell, Clerk
Attn: Senior Judge Team

**FROM:** Judge Wiley Y. Daniel

**DATE:** September 24, 2018

**RE:** Civil Action No. **18-cv-02427-WYD**
**JOHN DOE v. JANE DOE and TWITTER, INC.**

Exercising my prerogative as a Senior Judge, I request that this civil action be reassigned.