IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

_____

John Doe.,                                      Civil Action: No 18-cv-02427

Plaintiff,

v.

Jane Doe,

Defendant

And

Twitter, Inc.

Third Party Defendant

_____

PLAINTIFF'S MOTION FOR A COURT ORDER TO DISCLOSE RECORDS

1. On 09/24/2018 at 11:12pm, MST, a person that the Plaintiff believes to be Jane Doe sent the following e-mail to the Plaintiff through his law firn website's contact information.

2.
hello you

**Email**
matt@red.law

**Comment or Message**
Hello you piece of shit. You should fuck off of twitter. Ill make sure I keep sending your tweets out to people on my account. I dont give a fuck that you're private and people cant see you. Ill make sure that they do. You're a piece of fucking shit and your wife will get mails of your bullshit. Good luck raising your daughters. I know you're bored so Ill make sure to keep this drama fueled.

3. The Plaintiff, through his website's backend at bluehost.com was able to see that the only visitor to his website at that time was from an IP address of 172.118.193.100.

4. Charter communications, d/b/a/ Spectrum is the owner of the ip address 172.118.193.100.

5. On September 25, 2018, Plaintiff served Charter with a subpoena under FRCP rule 45 and Charter accepted service at their leroc@charter.com e-mail address, waiving service under FRCP 4.

6. On September 27, 2018, Charter refused to comply with the subpoena, alleging that Section 631 of the Communications Act of 1934 1934 (codified at 47 U.S.C. § 551) prevented them from complying with the subpoena, barring a court order, ordering them to comply.

7. Plaintiff now asks that this court issue an order, ordering Charter communications to comply with the terms of the issued subpoena, and release the billing information, contact information, and all other subscriber data associated with the Charter Subscriber using ip address 172.118.193.100 on September 24, 2018, and 11:12pm MST.

8. This motion is filed restricted to protect the identify of the subscriber should the ip address have been used illegally, and in conjunction with the Plaintiff's earlier request that this case proceed under restricted security.

9. A PDF copy of the e-mail, as well as the subpoena response from Charter are attached to this motion.

DATED: October 9, 2018

Respectfully Submitted,<br>
/S Matthew W Buck<br>
RED LAW<br>
Denver CO 80203<br>
matt@red.law<br>
720-771-4511

## CERTIFICATE OF SERVICE

I, Matthew W. Buck, certify that I served a copy of the foregoing motion with the court's ECF system on October 9, 2018, and via process server to:

Charter Communications
12405 Powerscourt Drive
St Louis MO 63131

/S Matthew W. Buck