Matthew Buck <matt@red.law>

# New Entry: Simple Contact Form
1 message

**hello you** <matthew.buck@gmail.com>                              Mon, Sep 24, 2018 at 11:11 PM
Reply-To: matt@red.law
To: matt@red.law

**Name**
hello you

**Email**
matt@red.law

**Comment or Message**
Hello you piece of shit. You should fuck off of twitter. Ill make sure I keep sending your tweets out to people on my account. I dont give a fuck that you're private and people cant see you. Ill make sure that they do. You're a piece of fucking shit and your wife will get mails of your bullshit. Good luck raising your daughters. I know you're bored so Ill make sure to keep this drama fueled.

Sent from Red Law