## DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

_____

John Doe.,

Plaintiff,

v.

Jane Doe,

Defendant.

_____

Civil Action: No 18-cv-02427

AFFIDAVIT OF PLAINTIFF'S COUNSEL

On September 24, 2018, I sent Charter a subpoena via their e-mail service link, which Charter attests that it both accepts and prefers service. Charter responded via email

that pursuant to federal law, they would only comply with the subpoena if this court issued an order requiring compliance with the subpoena. On October 9, I filed such a motion, which was granted on October 30, 2018. I sent the order to Charter, who said that they would comply with the order within 24 hours. On November 1, 2018, Tammy Deloach, a paralegal at Charter, called me and said that they would be ignoring the judges order, and would comply within 14 days from November 1. I explained the time sensitive nature of the order, and that their notification period should have been upon receiving the subpoena on September 24, 2018. Deloach asked me "Why would be notify without a court order?" I explained that the order had the force of law, and that a failure to comply would require me to ask for sanctions against Deloach and her supervisory attorney. Deloach laughed at me and said that she did not care. I asked for the spelling of her name and her supervisory attorneys name, Deloach laughed again, and spelled both her and her supervisory attorney's names for me. Throughout the phone call, she appeared to understand that this court had ordered compliance with the previously filed motion, and a total lack of respect for myself and for this court.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 1, 2018

*/S Matthew W Buck*