# EXHIBIT A



Charter Communications, Inc.
Legal Department
12405 Powerscourt Dr.
St. Louis, MO 63131
Fax: 314-909-0609

**IMPORTANT LEGAL NOTICE: PLEASE READ CAREFULLY**

November 1, 2018

*OBJECTION DEADLINE*

## November 15, 2015, 4:00 pm CT

**References Used In This Notice**

- Court Case: Doe v. Doe
- Court: U.S. District Court - District of Colorado
- Requested Information: Accountholder Name, Address(es), Telephone Number, Email Address(es), IP log
- Charter Case Number: 63252
- Your ID Number: 172.118.193.100

Dear Sir or Madam:

Charter has received a subpoena from the Requesting Party seeking certain information about your Charter account ("Account"), including the Requested Information listed above. The Court has issued an order compelling Charter to disclose this information relating to your Charter Account. Charter respects the privacy of its subscribers, and will disclose customer information only to the extent required by law, as indicated in Charter's privacy policy on www.charter.com. Because a court order authorizes the Requesting Party to obtain this information, Charter must disclose these records unless you formally oppose disclosure in the Court by the objection deadline stated above. A copy of the court order and subpoena are attached, as well as any other documentation that may have been court-ordered to be provided with this notice. A copy of the Requested Information is also attached.

**Please note**: Charter cannot provide you legal representation and cannot object to the subpoena or court order on your behalf. If you wish to take action in this matter, you should contact an attorney immediately, who can advise you of your specific legal rights. If you intend to oppose the order, you should do so without delay in the court identified in the subpoena and order. **AN OBJECTION MADE SOLELY TO CHARTER IS INSUFFICIENT; OBJECTIONS MUST BE MADE DIRECTLY TO THE COURT. HOWEVER, CHARTER MUST BE NOTIFIED OF AN OBJECTION NO LATER THAN THE OBJECTION DEADLINE GIVEN ABOVE.**

If you file an opposition to the order, you or your attorney should provide a copy of the objection you submitted with the Court to Charter (attention Law Enforcement Paralegal via facsimile at 314-909-0609) by the objection deadline stated above so that Charter may withhold disclosure of your information. **PLEASE CLEARLY INDICATE IN YOUR COPY TO CHARTER (1) THAT YOUR OBJECTION WAS MADE TO THE COURT AND (2) PROVIDE YOUR NAME AND ADDRESS OR A COPY OF THIS LETTER. WITHOUT THIS INFORMATION CHARTER CANNOT WITHHOLD DISCLOSURE OF YOUR INFORMATION.**

Please note that the objection deadline provided in this letter and the due date on the subpoena may not coincide as Charter may have been granted an extension to fulfill its obligations under this court order.

Questions regarding your legal rights should be directed to the attorney of your choice. If you or your attorney has questions regarding the subpoena itself, you should contact the requestor directly. If you have any questions regarding your account, Charter's policies or this correspondence, you may contact Charter Customer Support.

Sincerely,

**Charter Communications, Inc.**

Enclosures



Charter Communications, Inc.
Legal Department
12405 Powerscourt Dr.
St. Louis, MO 63131
Fax: 314-909-0609

<mark>CORRECTION:</mark>
IMPORTANT LEGAL NOTICE:  PLEASE READ CAREFULLY

November 2, 2018



*OBJECTION DEADLINE*

<mark>November 15, 2018, 4:00 pm CT</mark>

References Used In This Notice

- Court Case: Doe vs Doe
- Court: United States District Court for the District of Colorado
- Requested Information: Accountholder Name, Address(es), Telephone Number, Email Address(es), IP log
- Charter Case Number: 63252
- Your ID Number: 172.118.193.100

Dear Sir or Madam:

Charter has received a subpoena from the Requesting Party seeking certain information about your Charter account ("Account"), including the Requested Information listed above.  The Court has issued an order compelling Charter to disclose this information relating to your Charter Account. Charter respects the privacy of its subscribers, and will disclose customer information only to the extent required by law, as indicated in Charter's privacy policy on www.charter.com.  Because a court order authorizes the Requesting Party to obtain this information, Charter must disclose these records unless you formally oppose disclosure in the Court by the objection deadline stated above.  A copy of the court order and subpoena are attached, as well as any other documentation that may have been court-ordered to be provided with this notice.  A copy of the Requested Information is also attached.

**Please note**: Charter cannot provide you legal representation and cannot object to the subpoena or court order on your behalf.  If you wish to take action in this matter, you should contact an attorney immediately, who can advise you of your specific legal rights.  If you intend to oppose the order, you should do so without delay in the court identified in the subpoena and order.  **AN OBJECTION MADE SOLELY TO CHARTER IS INSUFFICIENT; OBJECTIONS MUST BE MADE DIRECTLY TO THE COURT. HOWEVER, CHARTER MUST BE NOTIFIED OF AN OBJECTION NO LATER THAN THE OBJECTION DEADLINE GIVEN ABOVE.**

If you file an opposition to the order, you or your attorney should provide a copy of the objection you submitted with the Court to Charter (attention Law Enforcement Paralegal via facsimile at 314-909-0609) by the objection deadline stated above so that Charter may withhold disclosure of your information.  **PLEASE CLEARLY INDICATE IN YOUR COPY TO CHARTER (1) THAT YOUR OBJECTION WAS MADE TO THE COURT AND (2) PROVIDE YOUR NAME AND ADDRESS OR A COPY OF THIS LETTER. WITHOUT THIS INFORMATION CHARTER CANNOT WITHHOLD DISCLOSURE OF YOUR INFORMATION.**

Please note that the objection deadline provided in this letter and the due date on the subpoena may not coincide as Charter may have been granted an extension to fulfill its obligations under this court order.

Questions regarding your legal rights should be directed to the attorney of your choice.  If you or your attorney has questions regarding the subpoena itself, you should contact the requestor directly.  If you have any questions regarding your account, Charter's policies or this correspondence, you may contact Charter at (314) 543-2408.

Sincerely,

**Charter Communications, Inc.**

Enclosures