# EXHIBIT B



Toi A. Pulliam
Paralegal

September 27, 2018

Matthew Buck
Red Law
445 Broadway , Suite 126
Denver, CO 80203

**Re:** Case No. 18-cv-02427; John Doe vs. Jane Doe, Twitter, Inc.
**Charter Case ID:** 63252

Dear Matthew Buck,

Charter Communications, Inc. ("Charter") acknowledges receipt of the subpoena for subscriber information in the above referenced matter.

Please note that a cable operator, such as Charter, must protect its subscribers' privacy in compliance with Section 631 of the Communications Act of 1934 (codified at 47 U.S.C. § 551). Charter may not provide subscriber information to a third party without first ensuring compliance with the requirements of Section 631(c), which requires written subscriber consent before their information can be disclosed to third parties. ***Because there is no written consent from the subscriber, Charter must determine if one of the exceptions in Section 631(c)(2) has been met before making any disclosure.  The exception applicable here is in Section 631(c)(2)(B), which requires a court order and notice to the subscriber before disclosure of any information could be made.  Since a court order has not been issued in this case, Charter is prohibited from disclosing subscriber information.***

The Federal Communications Act prohibits Charter from providing any of the subpoenaed information to you without prior notice to the affected subscriber(s) and a court order, not just a subpoena. Accordingly, Charter objects to your subpoena pursuant to Fed. R. Civ. P. 45(c)(2)(B) and no documents will be made available on the date specified unless and until further directed in a court order and notice is made to the subscriber. A sample Order is attached.

Note that Charter may also release the requested information if the relevant subscriber agrees to authorize Charter to disclose the records to you pursuant to a written, notarized consent to release. A customer release form is also attached.

We understand this satisfies Charter's obligations in this regard. If you would like to discuss this matter, please contact me at (314) 394-9711. When calling, please reference Charter case number 63252.

Respectfully,

Toi A. Pulliam, Paralegal
toi.pulliam@charter.com
www.charter.com/lea

**IN THE _____ COURT OF _____**

|  |  |
|---|---|
| *Plaintiffs*,<br><br>v.<br><br><br>*Defendants*. | No. _____ |

**[PROPOSED] ORDER DIRECTING THE PRODUCTION OF RECORDS PURSUANT TO THE FEDERAL COMMUNICATIONS ACT**

**UPON CONSIDERATION** of the [Request/Motion/Stipulation] dated _____, filed by_____ ("Defendant/Plaintiff") seeking the production of records or information that contain or disclose Personally Identifiable Information ("PII") concerning individual subscribers who on certain dates used IP Addresses [list], that were registered to non-party Charter Communications, Inc. ("Charter"), and the entire record in this proceeding, it is this _____ day of _____, 2016, hereby

**ORDERED**, that counsel for [name] shall provide Charter with a copy of this Order and agree to pay reasonable copying and search costs for producing responsive records and/or information; and it is further

**ORDERED**, that disclosure of the name(s) and address(es) of Charter subscriber(s) ("Subscriber(s)") may be appropriate and necessary for the disposition of this proceeding; and it is further

**ORDERED**, that consistent with 47 U.S.C. § 551(c)(2)(B), Charter shall give

SAMPLE

notice to any Subscriber who was associated with the IP address [list IP address] on [list date and time, including time zone], advising any such subscriber that Charter has been ordered to disclose his or her name and address and such disclosure will be required by this Court's Order unless such Subscriber responds or objects no later than fourteen (14) days from the date that notice is provided; and it is further

**ORDERED**, that Charter advise the Plaintiff of the date the Subscriber(s) were notified and further whether any Subscriber has responded or indicated an intention to oppose disclosure within the fourteen (14) days provided for a response; and it is further

**ORDERED**, that if no response or intention to oppose is filed or served, Charter shall disclose the relevant name(s) and address(es) of the Subscriber(s) within five (5) days thereafter, however provided that if any of the affected Subscriber(s) files a responsive pleading, opposition, intention to oppose or otherwise challenges disclosure of his or her PII within the allotted time period, Charter will not be required to disclose the requested information unless and until this Court considers and disposes of any such challenge.

Dated this ___ day of _____, 2016        _____

                                          Hon. _____
                                                  Judge

## RELEASE OF CUSTOMER ACCOUNT INFORMATION

- Please print clearly.  Request may be delayed or denied if unreadable or incomplete.
- This release must be signed <u>and</u> notarized for Charter to release your records.  Requests may take <u>up to 30 days</u> to process.

### YOUR ACCOUNT & CONTACT INFORMATION

| | |
|---|---|
| **Your First & Last Name** (you must be the accountholder or an authorized user on the Charter account) | |
| **Your Address** | |
| **Primary Contact Telephone Number** | |
| **Your Charter Account Number and Four Digit Security Code** (code found in upper right corner of billing statement) | Charter Account Number                    Security Code |

### RECORDS BEING REQUESTED

| | | |
|---|---|---|
| **Records requested** (example: call logs for 555-555-5555) | | |
| **Time Period** | From (mm/dd/yy) | To (mm/dd/yy) |
| **Charter should send the requested records to this location or fax number**<br>• If left blank, Charter will mail records to your service address only.<br>• If records consist of more than 10 pages, Charter will only mail records. | Name:<br><br>Address:<br><br><br><br>Fax: | |

I, the above-named subscriber or authorized user, do hereby request that Charter release all account information, specifically the information written above, relating to the indicated Charter account. I hereby waive any rights I or any other accountholder or authorized user may have under any agreement or state or federal law, including Section 631 of the Communications Act of 1934, 47 U.S.C. § 222 and 551, to prohibit the disclosure or restrict the use of information or records so provided.

**DISCLAIMER**: Charter DOES NOT keep or have records for every use of and interaction with its services. The absence of a record for a particular event does not mean that such event did not happen, but rather means that a record of such event was not recorded by our system. Further, some of the information contained in Charter's records is provided by third parties and is subject to error.  I acknowledge and understand that Charter's records are subject to human error, technical limitations and record retention policies and that Charter cannot always guarantee the accuracy or completeness of any records provided.

Dated: _____, 20____             _____
                                                                                       Signature

**ACKNOWLEDGEMENT**

State of _____  )
County of _____  )

On this _____ day of _____, 20____, before me, a notary public, the undersigned officer, personally appeared _____ _____, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

IN TESTIMONY WHEREOF, I have hereunto set my hand and official seal.

_____
Notary Public

My commission expires:

Please **FAX** Completed Release to **314-909-0609**              <u>Or</u> Mail Completed Release to:
(Preferred Method)                                                                    Charter Communications, Inc.
                                                                                                  Attn: Law Enforcement Paralegal
                                                                                                  12405 Powerscourt Drive
                                                                                                  Saint Louis, Missouri 63131          *v7.2009*