

Sprint
Amy Ware
Corporate Security, Subpoena Specialist
Mailstop KSOPHM0206
6480 Sprint Parkway
Overland Park, KS 66251
Phone: 913-315-4487  Fax: 816-600-3161
Email: Amy.2.Ware@sprint.com
Toll Free: 800-877-7330

11/27/2018

Matthew Buck
Red Law
445 Broadway Suite 126
Denver, CO 80203

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
NOV 28 2018
JEFFREY P. COLWELL
CLERK

Sprint Case Number: 2018-226117
Your Referenced Case Number: 18CV02427

Dear Matthew Buck,

Pursuant to the above-referenced case, I am enclosing records for the requested time period associated with the following:

**Request Type:** Subscription Info
Date Range:           09/01/2018 to 11/01/2018
Subject Number:       213-220-1784

Comments:

*************** ACCOUNT DETAILS ********************

Billing Account Number (BAN): 512488860
Account Establish Date: 9/25/2015
Account Expiration (Cancel) Date: Active through Date Searched

Account Billing Address(es):
Effective: 11/1/2017
HYE YOUNG SONG
2124 5TH AVE
LOS ANGELES, CA 90018

Account Contact Numbers:
Phone: 2135006684       Active Date: 9/6/2018
*************** SUBSCRIBER DETAILS ********************

SubscriberID: 05105725121
Personal Telephone Number
(PTN / MDN)                 Effective
2132201784      Status Date: 9/24/2015 1:41:57 PM      Status: A

Network Access Identifier
(NAI)                  Effective
HYEYOUNGSONG3@SPRINTPCS.COM    9/24/2015 1:41:57 PM      Status: A

************EQUIPMENT*****************

International Mobile Subscriber Identity(s) (IMSI)

310120230965195    Status Date: 10/10/2017 12:00:00 AM    Status: A

Mobile Station Identification Number(s) (MSID)
000002138417334          9/24/2015 1:41:57 PM      Status: A

Electronic Serial Number (ESN/MSN)
089594676003633188    Effective: 10/10/2017  Expiration: Active through Date Searched

*************FEATURES*****************

Sprint Wi-Fi Calling       Effective: 10/17/2017  Expiration: Active through Date Searched
WIN Mutually Exclusive     Effective: 10/17/2017  Expiration: Active through Date Searched
$.015/MB OnNetOvg $.00001   Effective: 9/25/2015  Expiration: Active through Date Searched
4G Domestic Data Roaming    Effective: 9/25/2015  Expiration: Active through Date Searched
America - Roaming Include   Effective: 9/25/2015  Expiration: Active through Date Searched
Anytime Minutes            Effective: 9/25/2015  Expiration: Active through Date Searched
Call Forwarding            Effective: 9/25/2015  Expiration: Active through Date Searched
Caller ID                  Effective: 9/25/2015  Expiration: Active through Date Searched
Domestic Data Roaming       Effective: 9/25/2015  Expiration: Active through Date Searched
Domestic LD Rate $0         Effective: 9/25/2015  Expiration: Active through Date Searched
Enhanced VoiceMail          Effective: 9/25/2015  Expiration: Active through Date Searched
Long Distance While Roami   Effective: 9/25/2015  Expiration: Active through Date Searched
LTE Provisioning Feature    Effective: 9/25/2015  Expiration: Active through Date Searched
MMS Messaging              Effective: 9/25/2015  Expiration: Active through Date Searched
Phone as Modem             Effective: 9/25/2015  Expiration: Active through Date Searched
Required Access Feature     Effective: 9/25/2015  Expiration: Active through Date Searched
Required Features with PI   Effective: 9/25/2015  Expiration: Active through Date Searched
Required Provisioning Fea   Effective: 9/25/2015  Expiration: Active through Date Searched
Shared 3G/4G/PAM Data KBs   Effective: 9/25/2015  Expiration: Active through Date Searched
SMS Text Messages           Effective: 9/25/2015  Expiration: Active through Date Searched
Sprint 4G Data Services     Effective: 9/25/2015  Expiration: Active through Date Searched
Sprint 4G LTE PAM Service   Effective: 9/25/2015  Expiration: Active through Date Searched
Sprint 4G PAM Services      Effective: 9/25/2015  Expiration: Active through Date Searched
Sprint Data Services        Effective: 9/25/2015  Expiration: Active through Date Searched
Sprint eHRPD Data           Effective: 9/25/2015  Expiration: Active through Date Searched
Sprint eHRPD PAM Services   Effective: 9/25/2015  Expiration: Active through Date Searched
Sprint PAM Services         Effective: 9/25/2015  Expiration: Active through Date Searched
Sprint Services             Effective: 9/25/2015  Expiration: Active through Date Searched
======================================

************************************************************

**Request Type:** Subscription Info
Date Range:          09/01/2018 to 11/01/2018
Subject Number:      99.203.11.87

Comments:

**Logging information is not retained for the IP requested as it is only kept for the length of the session. When the session terminates, the logging information is lost, therefore, the data is not stored.**
************************************************************

Please use the contact information listed above for any questions or further inquiries regarding this request.

Sincerely,

Amy Ware
Subpoena Compliance
Sprint Corporate Security
Amy.2.Ware@sprint.com

Enclosures

*Notice:  If the records contained in the attached package are utilized in trial proceedings, and if you require a records custodian for authentication, be advised Sprint does not have local representatives. Sprint's Trial Team is located at our Corporate Headquarters in Overland Park, Kansas.   You will need to contact the Trial Team at CSTrialTeam@Sprint.com or call our office at 800-877-7330.  Our office will require at least two-weeks notice in addition to pre-paid travel arrangements by your office.

**This letter and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this correspondence in error, please notify Sprint Legal Compliance immediately at 1-800-877-7330. This letter contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this information. Please notify the sender immediately, and delete this data from your system. If you are not the intended recipient, you are notified that disclosing, copying, distributing, or taking any action in reliance on the contents of this information is strictly prohibited.**



# Express



314 1
B30 16.00

earthsmart
FedEx carbon-neutral
envelope shipping

ORIGIN ID:OJCA (800) 877-7330
SUBPOENA COMPLIANCE
6480 SPRINT PARKWAY

SHIP DATE: 27NOV18
ACTWGT: 0.15 LB
CAD: 0617368/CAFE3211

OVERLAND PARK, KS 66211
UNITED STATES US

TO **JACKSON CHAMBERS COURTROOM A902**
**ALFRED A ARRAJ US COURTHOUSE**
**901 19TH STREET**
**18-CV-02427-RBJ, DOE V DOE**
**DENVER CO 802943589**

BILL SENDER

REF: 2018-226117



FedEx
E Express

TRK# 0201 4371 8942 0650

XH DENA

WED - 28 NOV 3:00P
STANDARD OVERNIGHT

80294
CO-US DEN



Part # 154254-354 RIT2 09/10