IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

_____

Matthew Buck,                                    Civil Action: No 18-cv-02427

Plaintiff,

v.

**BORA SONG**,

And

**HYE SONG**

Defendants.

_____

**DECLARATION OF MATTHEW W. BUCK**

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1.      I am an adult citizen, over the age of 18 years, and I am competent to make statements contained in this Declaration.

2.      I am an attorney licensed to practice in Colorado and am the owner and sole attorney of Red Law, LLC, which operates in the Denver area.

3.      I reside with my wife, Claire Buck, and two young daughters in Denver, Colorado.

4.      I am the owner of the Twitter account @RedlawCO.

5.      Mrs. Buck is the owner of the Twitter account @clairbela.

6.      Jessica Waselkow is a co-worker of Mrs. Buck and is the owner of the Twitter account @lonlystrbuxlovr.

7.      Ms. Waselkow is a resident of Jefferson County, Colorado.

8.      On September 20, 2018, a Twitter user with the account name

@WilliamWilma2 began sending messages on Twitter directed at accounts belonging to myself, my wife, and my wife's co-worker.

9.     I am personally familiar with the messages that were posted.

10.    Fair and accurate copies of a portion of the messages posted by @WilliamWilma2 are attached to this declaration as **Exhibit A**.

11.    The Twitter user @WilliamWilma2 accused me of committing numerous crimes, including raping my own children and the child of Ms. Waselkow.

12.    The Twitter user @WilliamWilma2 also accused me of possessing sexually-explicit photographs of their sixteen-year-old daughter, and of continually harassing their daughter over Twitter.

13.    All of these allegations are false.

14.    On September 23, 2018, I received an email from what appeared to be the same person or persons responsible for the messages sent by the @WilliamWilma2 account.

15.    The email was sent through my firm website and, as a result, I was able to determine the IP address responsible for sending the message.

16.    A fair and accurate copy of the email is attached to this declaration as **Exhibit B**.

17.    On September 24, 2018, I filed a lawsuit in the United States District Court for the District of Colorado against the then-unknown account owner of @WilliamWilma2.

18.    At the time that I filed this suit, I believed that Bora Song was responsible for sending the email and Twitter messages through @WilliamWilma2, but lacked

sufficient evidence for me to feel comfortable naming her a Defendant.

19.     Therefore, I requested and received permission of the Court to name all parties, including myself, as Does so as to protect the privacy of the parties until sufficient discovery could be performed to determine the identity of @WilliamWilma2.

20.     With permission of the Court, I issued a subpoena to Charter Communications, Inc. for subscriber information associated with the IP address which was used to send the September 23rd email through my website.

21.     Charter's subpoena response indicated the IP address was associated with an account registered to Hye Song.

22.     With permission of the Court, I issued a subpoena to Twitter, Inc. for information regarding the registration details and IP addresses which had logged into the account @WilliamWilma2 and Bora Song's personal Twitter account, which was @irl_idgaf at the time the subpoena was issued.

23.     Twitter's subpoena response showed that both @WilliamWilma2 and @irl_idgaf were both accessed numerous times from the same IP address.  This IP address was also the same one which was associated with Hye Song's Charter account at the time the harassing messages were sent.

24.     Twitter's subpoena response also showed that the @WilliamWilma2 account was accessed by IP addresses associated with the State of California's internet system and terminated in the Los Angeles, California area.

25.     Based upon this information, I contacted the Los Angeles County Office of the Public Defender's Office ("LACOPD") to determine whether Bora Song was employed there at the time the @WilliamWilma2 account was accessed.

26.   On November 29, 2018, Jean Burke, the Law Clerk Coordinator for LACOPD responded by email and confirmed that Bora Song was employed as a volunteer law clerk with the LACOPD at the time @WilliamWilma2 was sending harassing messages.

27.   A fair and accurate copy of my correspondence with LACOPD and Ms. Burke's response are attached to this declaration as **Exhibit C**.

28.   Based upon these responses, all of which indicated that the messages were sent by either Bora or Hye Song, I amended my Complaint to name Bora and Hye Song as defendants.

29.   On or about December 14, 2018, a process server completed service on Bora and Hye Song.

30.   That evening, I received a phone call from Bora Song from the same Sprint phone number which was used to register the @WilliamWilma2 account.

31.   Ms. Song asked to speak about the lawsuit several times.  As Ms. Song was unrepresented and had just been served, I did not feel comfortable speaking to her about the suit until she entered an appearance indicating that she would be proceeding *pro se*.  Additionally, I urged Ms. Song to retain an attorney to assist her in moving forward.

32.   I have not spoken to Hye Song regarding this matter and have not spoken to Bora Song since the initial phone call.

33.   Because Hye and Bora Song have now appeared *pro se*, I am willing to speak to them about matters relevant and appropriate for conducting this case.

34.     I declare under penalty of perjury that the foregoing is true and correct.

Executed January 7, 2019

/S Matthew W Buck
RED LAW
445 Broadway Suite 126
Denver, CO 80203
720-771-4511
matt@red.law

# EXHIBIT A







Wilma
@williamwilma2

**Follow**

Replying to @LonlyStrbuxLovr

make sure your daughter stays away from Matt @redlawco he is a rapist and will rape your daughter, probably his own too.

8:45 PM - 20 Sep 2018





**Wilma**
@williamwilma2

Follow

Replying to @PinkLemonadePie

Thank you! Matthew Buck @redlawco has several reports filed at his local police in Denver.

1:44 PM - 23 Sep 2018



**Wilma**
@williamwilma2

Follow

It appears that my attorney attempted to send a service person to Matt's address to personally deliver. Will continue hunting him down until personally delivered. Thank you all for the supportive messages!

1:51 PM - 23 Sep 2018



**Wilma**
@williamwilma2

Follow

The police will investigate as well. It took them too long for the first report to be filed so we will see how this goes!
I am not sure why @redlawco and his wife blocked me. If you would like to formally apologize to me with your actual account, I would appreciate that too :)

1:53 PM - 23 Sep 2018

1 Like





**Wilma**
@williamwilma2

Follow

I have tried numerous ways to contact Claire Buck @clairibela but she is unresponsive and indifferent about her husband's sexual harassment on my daughter. I am furious. I will make sure she understands the level of trauma this is on a parent. I can't believe she is a mother of 2

10:02 PM - 24 Sep 2018

# EXHIBIT B

---------- Forwarded message ---------
From: **hello you** <matthew.buck@gmail.com>
Date: Mon, Sep 24, 2018 at 11:12 PM
Subject: New Entry: Simple Contact Form
To: <matt@red.law>

**Name**

hello you

---

**Email**

matt@red.law

---

**Comment or Message**

Hello you piece of shit. You should fuck off of twitter. Ill make sure I keep sending your tweets out to people on my account. I dont give a fuck that you're private and people cant see you. Ill make sure that they do. You're a piece of fucking shit and your wife will get mails of your bullshit. Good luck raising your daughters. I know you're bored so Ill make sure to keep this drama fueled.

Sent from Red Law

# EXHIBIT C

---------- Forwarded message ---------
From: **Jean Burke** <JBurke@pubdef.lacounty.gov>
Date: Thu, Nov 29, 2018, 9:46 AM
Subject: RE: Bora Song Complaint
To: Matthew Buck <matt@red.law>
Cc: Ruben Marquez <RMarquez@pubdef.lacounty.gov>, Rudolph Rousseau
<RRousseauIi@pubdef.lacounty.gov>

Good morning,

In response to your inquiry:

Bora Song was a volunteer law clerk with our office from August 13, 2018 to October 26, 2018.

She was never assigned to our Compton Branch.

Thank you,

Jean Burke, Attorney at Law

Law Clerk Coordinator

Los Angeles County Office of the Public Defender

213-893-6997

This message is intended only for the use of the individual or entity to which it is addressed

and may contain information that is privileged, confidential and exempt from disclosure

under applicable law. The contents of this email are privileged attorney-client and attorneywork

product communications pursuant to Evidence Code section 952. If the reader of this

message is not the intended recipient, or the employee or agent responsible for delivering

the message to the intended recipient, you are hereby notified that any dissemination,

distribution or copying of this communication is strictly prohibited. If you have received this

communication in error, please notify us immediately by telephone and return the original

message to us at the above address via reply e-mail. Thank you.


**From:** Matthew Buck [mailto:matt@red.law]
**Sent:** Friday, November 16, 2018 1:14 PM
**To:** Jean Burke <JBurke@pubdef.lacounty.gov>
**Subject:** Re: Bora Song Complaint


Counselor -

I'm circling back on this before I have to sent an official subpoena.


Thanks,

Matthew Buck


On Mon, Nov 5, 2018 at 9:58 AM Matthew Buck <matt@red.law> wrote:

> Ms. Burke -
>
> Please find attached my complaint against Bora Song.
>
>
> Im looking for:
>
>
> 1)Confirmation of her employment at the LACPD Compton office this summer
>
> 2)That her workstation computer IP address was: 12.9.23.93
>
>
> This information will allow me to amend the complaint, attached.

Thanks,

Matthew Buck


--

Matthew Buck

Red Law

720-771-4511

445 Broadway #126

Denver, CO 80203