

Tammy Deloach
Sr. Paralegal

November 16, 2018

Matthew Buck
Red Law
445 Broadway Suite 126
Denver, CO 80203

**Re:** Charter Subscriber Information Request Dated 9/28/2018
**Charter Case ID:** 63252

Dear Matthew Buck,

Charter Communications, Inc., ("Charter") acknowledges receipt of the above referenced request for subscriber information. Pursuant to the specific obligations imposed by 18 U.S.C. §2703, this letter is to advise you that Charter investigated and was able to identify the attached information.

Charter's billing and customer records from which the above information is obtained are subject to human error and Charter cannot always guarantee the accuracy of such records. You should not rely solely on this information and should always independently corroborate the information Charter provides with other information you have concerning the identity of the individual.

We understand this satisfies Charter's obligations in this regard. If you would like to discuss this matter, please contact me at (314) 394-9746. When calling, please reference Charter case number 63252.

Respectfully,

*Tammy Deloach*

Tammy Deloach, Sr. Paralegal
tammy.deloach@charter.com
www.charter.com/lea

**SUBSCRIBER RECORD**

| Target Details | ███ 100, 9/24/2018 10:18:00 PM, Pacific<br>100, 9/16/2018 12:01:00 AM, Pacific<br>100, 10/1/2018 12:01:00 AM, Pacific |
|---|---|
| Subscriber Name: | HYE SONG |
| Subscriber Address: | 2124 5TH AVE, LOS ANGELES, CA 90018-1118 |

STATE OF MISSOURI        )
                         )
COUNTY OF ST. LOUIS      )

AFFIDAVIT OF RECORDS CUSTODIAN CERTIFYING RECORDS

PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, Tammy Deloach, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct.

I am employed by Charter Communications, Inc., (Charter) and my title is Sr. Paralegal. Part of my job responsibilities is to review the records that Charter maintains relating to individual subscriber accounts to specific business records. I have reviewed the attached Charter records for ▮▮▮▮▮▮▮.100, 9/24/2018 10:18:00 PM, Pacific; ▮▮▮▮▮▮▮.100, 9/16/2018 12:01:00 AM, Pacific; ▮▮▮▮▮▮▮.100, 10/1/2018 12:01:00 AM, Pacific in response to a lawful request dated 9/28/2018 and issued to Charter Communications.

I further state that:

1. All records attached to this certificate were made at or near the time of the occurrence of the activity;
2. These records are kept in the ordinary course of the regularly conducted business activity of Charter Communications and making such records is a regular practice of Charter Communications; and
3. These records were generated by Charter Communications by an electronic process or system that produces an accurate result.

FURTHER AFFIANT SAITH NOT.

11/16/2018
_____
Date

*Tammy Deloach* (signature)
_____
Tammy Deloach, Sr. Paralegal
Legal Response Operations Center
Charter Communications, Inc.
12405 Powerscourt Drive
St. Louis, Missouri 63131
tammy.deloach@charter.com
www.charter.com/lea