

Matthew Buck <matt@red.law>

## John Doe v. Jane Doe , Twitter, Inc.
1 message

**'Twitter, Inc. Team' via Litigation** <litigation@twitter.com>  Fri, Nov 2, 2018 at 12:26 PM
To: matt@red.law

Dear Mr. Buck:

We are responding to your legal process, dated September 24, 2018, requesting information regarding Twitter account @WilliamWilma2 and @irl_idgaf (formerly @XXSXXXXXXXO) ("Subject User"). Responsive records are retrievable through our secure online site. You can access the site with the single-use URL provided below by copying and pasting the URL into your web browser.

Please note the following details regarding your access to this record(s) production:

- You have 7 days to download and retrieve the provided file(s). If you are unable to retrieve the file(s) within the 7-day timeframe, you must respond directly to this email to request a new URL.

- You may only download the provided file(s) a total of three times each, after which you will no longer have access to them. Should you need to download them again or run into issues with the downloads, please respond directly to this email to request a new URL.

- You may monitor the download progress of the file(s) through your web browser. Please do not close your browser or navigate to another website before all of the downloads have completed, otherwise you may lose access to the download site.

- If the file(s) are not downloading within the allowable three-download, 7-day timeframe, please reply directly to this email to let us know.

-  
Access URL (single-use): https://records.twitter.com/disclaimer/Y5QUtIiT5yBv96u3ivWx6WIiuwn4FVThCimqvw8ryPc%3D

To maximize security, please do not share the unique link provided above. Please note the limitations on downloads outlined above.

A brief explanation of the responsive records is included with the downloadable file(s) once you login to the site.

All our records are maintained in UTC, which is the same as GMT for timezone purposes. Any fields that are blank or any files that have no content between the PGP header and signature blocks indicate that there are no responsive records.

Lastly, if you have received this message in error, kindly notify us by responding directly to this email.

Sincerely,

Twitter Litigation

[user_id]-devices.txt: Physical devices (e.g., mobile phone) associated with the account
created_at: Date and time device is registered to account
updated_at: Date and time device last modified
type: [PhoneDevice | BlackberryPushDevice | EmailDevice | SamsungPushDevice]
ipx_carrier_name: Phone carrier (e.g.,AT&T, etc.)
phone_numer: verified phone number

*******************

[user_id]-ipaudit.txt: IP addresses per session (not per Tweet)
account_id: Unique identifier for the account
created_at: Date and time of login
last_login_ip: IP address used for log in

*******************

[user_id]-account.txt: Basic Subscriber Information
account_id: Unique identifier for the account
created_at: Date and time of account creation
updated_at: Date and time of last account modification (e.g., updating account bio)
email: Email associated with the account
created_via: Client application used to create account
screen_name: Account's current @username (NOTE: @username may change, but account_id rema
time_zone: Time zone specified by account holder, if provided

*******************

[user_id]-account-creation-ip.txt:  IP address information at account creation

ins the same)

TWITTER 000003

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA512

account_id: 3325293493
created_at: 2015-08-23 00:02:15 +0000
updated_at: 2018-10-02 08:24:51 +0000
email: ▉▉▉▉▉▉▉▉@live.com
created_via: oauth:268278
screen_name: irl_idgaf
time_zone: Pacific Time (US & Canada)
********************
-----BEGIN PGP SIGNATURE-----
Comment: GPGTools - https://gpgtools.org

iQEcBAEBCgAGBQJbs8NsAAoJEHHJ+AuGRPzzrvAH/Ap+2zGHq6H+uacpXHpCM3PU
WwCp0NG3GqsJSIsnDiO6o6LsucW8PdhxfbEXgEL60bCc1WOuGQAgz+CM9uyy4p+m
fYHTtDS7+Ncpk2TxLqpPERXgOL/cFmCrhKi1y2tvJBd/tDtY5153FMVP5uHAk4m9
Y05xaM1y/9iXMCOFcYrkWVJo7uYzjnGy7NeQU3EBlC2SgxaFTjN4cfOSd9934yal
qCVdO+hbN8/gQoYLa7DY2E5OmLhxpl11OH4FSr5MqGW3+dNd00k0IWuick8ygtfB
2HPhZ3+R4dfIybtxDYL/o6ABBr7V4wz62wkSGb8jz7/jhV4DXplp3MqKNUckoh4=
         0
-----END PGP SIGNATURE-----

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA512

created_at: 2018-09-28 03:49:19 +0000
updated_at: N/A
type: PhoneDevice
ipx_carrier_name: sprint
phone_numer: +12132201784
*******************
-----BEGIN PGP SIGNATURE-----
Comment: GPGTools - https://gpgtools.org

iQEcBAEBCgAGBQJbs8NtAAoJEHHJ+AuGRPzz9hQH/0nzUDdGHt6tSSsNye/XHuFd
I9HuLm/hzN7AhJBProQIRPf86aFScuWhRARNtio/3+jpHOpcSZkILYFgq2ARuZjp
dBvFqT7JatJpjQfxsWOsVcP+7J0+yKMaAm+xftSCVsL58cjgPsWLlN2a9Kgxe4MR
pXHv7dEJmiZIyaNIltqhGbUm09Zb8Z8ej8y46cNxddPD2F8eQ+EDNe2KLZvs9Veo
/eq29BhwXlTqe7s3yC/1vuYSFBHqwHEViR6G7OSqh2QWNl0uFmeZZmQcTJ7NQL0+
Viwwc0mrwjZ3KdmadyPaRcufiLvdVTOEbmVpwoIvVgoiwDZ3gDeF6MPcgASx9yI=
 #NAME?
-----END PGP SIGNATURE-----

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA512

creation_ip_address: Some(■■■■■■■.184)
*******************
-----BEGIN PGP SIGNATURE-----
Comment: GPGTools - https://gpgtools.org

iQEcBAEBCgAGBQJbs8NvAAoJEHHJ+AuGRPzzuw4IAINJO42Z3k/VJk7I8INHn13W
oIhQkcsv+l13QWoDSKyT9vmvFaa8FAa8sveejTZpisQvwKNa4GQcECtb5ryDKliT
OyPcNdGanvDgW0DV7OWyUHxzVa4GRzcwmGl7Vz+X9Pjt/4eEtxRFlafUsuibfIat
WxJvz+PEAbx4MjayEX02kkx8d4FdXUPPNoEUPiK+d2YdsnVkL6n2WXCZdO1AtIJw
kVzsu2XuZAb7ZA0wIviwCPev/b4LlgC2vOwhekiWOtZruRAgmB+ztDOcjdBIXiO/
pBttnlDWIEIaKHENiHpYNXggPbUtns4FTgVPgY8Oef7hYqxGGrpE9XuDDFs0+Yg=
 #NAME?
-----END PGP SIGNATURE-----

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA512

account_id: 3325293493
created_at: 2018-08-03 22:15:08 +0000
last_login_ip: ▇▇▇▇▇▇▇.100
*******************
account_id: 3325293493
created_at: 2018-08-04 22:16:00 +0000
last_login_ip: ▇▇▇▇▇▇▇.100
*******************
account_id: 3325293493
created_at: 2018-08-04 23:46:57 +0000
last_login_ip: ▇▇▇▇▇▇▇.100
*******************
account_id: 3325293493
created_at: 2018-08-05 22:51:26 +0000
last_login_ip: ▇▇▇▇▇▇▇.100
*******************
account_id: 3325293493
created_at: 2018-08-05 23:10:24 +0000
last_login_ip: ▇▇▇▇▇▇▇.100
*******************
account_id: 3325293493
created_at: 2018-08-06 07:16:50 +0000
last_login_ip: ▇▇▇▇▇▇▇.100
*******************
account_id: 3325293493
created_at: 2018-08-06 21:28:00 +0000
last_login_ip: ▇▇▇▇▇▇▇.43
*******************
account_id: 3325293493
created_at: 2018-08-06 22:44:18 +0000
last_login_ip: ▇▇▇▇▇▇▇.100
*******************
account_id: 3325293493
created_at: 2018-08-07 18:09:26 +0000
last_login_ip: ▇▇▇▇▇▇▇.124
*******************
account_id: 3325293493
created_at: 2018-08-07 23:46:40 +0000
last_login_ip: ▇▇▇▇▇▇▇.100
*******************
account_id: 3325293493
created_at: 2018-08-08 04:44:44 +0000
last_login_ip: ▇▇▇▇▇▇▇.51
*******************

```
******************
account_id: 3325293493
created_at: 2018-09-14 22:20:42 +0000
last_login_ip: ▉▉▉▉▉▉.84
******************
account_id: 3325293493
created_at: 2018-09-15 19:34:26 +0000
last_login_ip: ▉▉▉▉▉▉.100
******************
account_id: 3325293493
created_at: 2018-09-15 22:52:50 +0000
last_login_ip: ▉▉▉▉▉▉.100
******************
account_id: 3325293493
created_at: 2018-09-15 23:33:12 +0000
last_login_ip: ▉▉▉▉▉▉.100
******************
account_id: 3325293493
created_at: 2018-09-16 02:23:33 +0000
last_login_ip: ▉▉▉▉▉▉.121
******************
account_id: 3325293493
created_at: 2018-09-16 23:57:44 +0000
last_login_ip: ▉▉▉▉▉▉.100
******************
account_id: 3325293493
created_at: 2018-09-16 23:57:57 +0000
last_login_ip: ▉▉▉▉▉▉.100
******************
account_id: 3325293493
created_at: 2018-09-17 18:42:32 +0000
last_login_ip: ▉▉▉▉▉▉.6
******************
account_id: 3325293493
created_at: 2018-09-17 18:49:54 +0000
last_login_ip: ▉▉▉▉▉▉.87
******************
account_id: 3325293493
created_at: 2018-09-17 20:30:32 +0000
last_login_ip: ▉▉▉▉▉▉125
******************
account_id: 3325293493
created_at: 2018-09-17 23:19:50 +0000
last_login_ip: ▉▉▉▉▉▉.100
******************
account_id: 3325293493
created_at: 2018-09-17 23:39:24 +0000
```

```
last_login_ip:          .100
*******************
account_id: 3325293493
created_at: 2018-09-18 05:47:22 +0000
last_login_ip:          .100
*******************
account_id: 3325293493
created_at: 2018-09-18 16:09:59 +0000
last_login_ip:          .100
*******************
account_id: 3325293493
created_at: 2018-09-18 17:53:08 +0000
last_login_ip:          .171
*******************
account_id: 3325293493
created_at: 2018-09-18 18:43:13 +0000
last_login_ip:       .93
*******************
account_id: 3325293493
created_at: 2018-09-18 21:05:33 +0000
last_login_ip:          .89
*******************
account_id: 3325293493
created_at: 2018-09-18 21:05:34 +0000
last_login_ip:          .10
*******************
account_id: 3325293493
created_at: 2018-09-18 22:02:38 +0000
last_login_ip:        .6
*******************
account_id: 3325293493
created_at: 2018-09-19 21:21:40 +0000
last_login_ip:          .100
*******************
account_id: 3325293493
created_at: 2018-09-19 23:54:18 +0000
last_login_ip:          .100
*******************
account_id: 3325293493
created_at: 2018-09-20 01:59:41 +0000
last_login_ip:          .100
*******************
account_id: 3325293493
created_at: 2018-09-20 02:00:59 +0000
last_login_ip:          .100
*******************
account_id: 3325293493
```

created_at: 2018-09-20 02:20:35 +0000
last_login_ip: ▇▇▇▇▇▇.100
******************
account_id: 3325293493
created_at: 2018-09-20 20:42:33 +0000
last_login_ip: ▇▇▇▇▇▇.100
******************
account_id: 3325293493
created_at: 2018-09-20 20:55:07 +0000
last_login_ip: ▇▇▇▇▇▇.100
******************
account_id: 3325293493
created_at: 2018-09-20 22:27:43 +0000
last_login_ip: ▇▇▇▇▇▇.188
******************
account_id: 3325293493
created_at: 2018-09-21 01:17:03 +0000
last_login_ip: ▇▇▇▇▇▇.188
******************
account_id: 3325293493
created_at: 2018-09-21 23:01:03 +0000
last_login_ip: ▇▇▇▇▇▇.100
******************
account_id: 3325293493
created_at: 2018-09-21 23:54:51 +0000
last_login_ip: ▇▇▇▇▇▇.100
******************
account_id: 3325293493
created_at: 2018-09-22 19:15:11 +0000
last_login_ip: ▇▇▇▇▇▇.100
******************
account_id: 3325293493
created_at: 2018-09-22 20:11:11 +0000
last_login_ip: ▇▇▇▇▇▇.100
******************
account_id: 3325293493
created_at: 2018-09-22 22:32:45 +0000
last_login_ip: ▇▇▇▇▇▇.188
******************
account_id: 3325293493
created_at: 2018-09-23 01:24:43 +0000
last_login_ip: ▇▇▇▇▇▇.188
******************
account_id: 3325293493
created_at: 2018-09-23 23:50:56 +0000
last_login_ip: ▇▇▇▇▇▇.100
******************

account_id: 3325293493
created_at: 2018-09-23 23:59:27 +0000
last_login_ip: ▇▇▇▇▇▇▇.100
*******************
account_id: 3325293493
created_at: 2018-09-24 08:07:21 +0000
last_login_ip: ▇▇▇▇▇▇▇.100
*******************
account_id: 3325293493
created_at: 2018-09-24 15:06:19 +0000
last_login_ip: ▇▇▇▇▇▇▇.100
*******************
account_id: 3325293493
created_at: 2018-09-24 17:47:02 +0000
last_login_ip: ▇▇▇▇▇.249
*******************
account_id: 3325293493
created_at: 2018-09-24 22:26:40 +0000
last_login_ip: ▇▇▇▇.93
*******************
-----BEGIN PGP SIGNATURE-----
Comment: GPGTools - https://gpgtools.org

iQEcBAEBCgAGBQJbs8NwAAoJEHHJ+AuGRPzzfSgIAJdsmYXksNkLLxT98EoKidY+
OHWQOqnHO1XTnl2r4jI8BsJTVbepIoqxUsrdfNt/Td7Xs31cfDmHReGPE4BQJuNd
t3d1mWJhl2oNQS+TMaRpNAHEIm6Gl7xA1jCWrBy3mgDfu2FnmW6A5O9M78fMjDxT
YjOZvwfxUNEJF+g7nBT4EspdMeEAQN9JOZcJ3UtxUknKDtMuuz40ICKxnZP+n1R4
fGMGSUk1lGhCjDcioRvhAODVire9LCkxh4tWd77PS1Dg+/5wZY9w4zcrMJpIm6y9
tsgTfHk61eZl2/41eqgsUhO2/UvI4RWUgaIpz0Mt6QU0OHu/zK4+w2qhihEpUj8=
 #NAME?
-----END PGP SIGNATURE-----

```
-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA512

account_id: 1041430362910449664
created_at: 2018-09-16 20:55:22 +0000
updated_at: 2018-09-24 00:19:37 +0000
email:              @gmail.com
created_via: oauth:268278
screen_name: williamwilma2
time_zone:
*******************
-----BEGIN PGP SIGNATURE-----
Comment: GPGTools - https://gpgtools.org

iQEcBAEBCgAGBQJbs8MtAAoJEHHJ+AuGRPzzFvQH/A1ueiG/FTQgnVeZydt1sYjk
6L+qeg5UfAEkmSKZZDqEdXLz1kwbIolBXfO6pPada6qGDOOX7PFjf3pEe0EN1yA+
ZofIhP8GCU0AhDmqxroNJjLQn4L1MKOdFHQtuVWZa29Oq/2Wn+p/BC7d8JhprISA
HqwSrQbvszEWqwCZv/akhvhZYed3m3iEDsqPGqHUIJlxbVjVl/M/1C3WhjMmwtbV
SrKYRqxX/SwfG6EH0Y8HcdZmhPCt22oQNH8/Zz9S4aY66pqJhRxj74dqKdzvsIs+
mGCtS+9IjuyQ9A9pJc2Jvz121w7/jz4KVfHKqAwH8LNf5BMY4fCAIgkgXfcLBAY=
 #NAME?
-----END PGP SIGNATURE-----
```

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA512

created_at: 2018-09-16 21:04:05 +0000
updated_at: N/A
type: PhoneDevice
ipx_carrier_name: us.googlevoice
phone_numer: +█████████
*******************
-----BEGIN PGP SIGNATURE-----
Comment: GPGTools - https://gpgtools.org

iQEcBAEBCgAGBQJbs8M3AAoJEHHJ+AuGRPzzcEUH/2MulB0RcrZP98zFpjRBfuLw
X+/vj1opIYU80Hb4rF53z+/9HTlkn/dyuPsdeIYaJO+m9pzETy/6P8gHrV56weSi
ucOv3JdmJAg6hrFxfh2oJKBbYYNjFkkm9gQ4FEdx51w/ZByNhtUd1yghQepnWMW7
WtUD/Ul+MZGMNfN1ZgoZR4CwWuKKVZcaIubSLCFnhxcPSItET82vHVmTrBGDCaEe
eMTQM3GVo5VWjluB35t+YiPGN3gDI7OtvzrhbquH62Ui7xpPv2Suq21tYIEHftWo
aKyXY9hD1Iox9W5gphsna6vUpe1uotApXuNAe8bu3KJn0XNicLLpW1/lXTdxsi0=
=#NAME?
-----END PGP SIGNATURE-----

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA512

creation_ip_address: Some(░░░░░░░░.100)
*******************
-----BEGIN PGP SIGNATURE-----
Comment: GPGTools - https://gpgtools.org

iQEcBAEBCgAGBQJbs8MwAAoJEHHJ+AuGRPzz9ekH/2lDMfYNimQI5dDqyqYqLSGa
+NdTIqO0PfWxAMxB/d/9YVIZC2L3Oi3mklUs7pnZdP7afeu07lKkl4DxgGz/rg83
0OoDgtAKfgec+y77XQvvBYRzXpEbfa+uH2q9b7nFM3zbs/T1Xvrimjg5ZZA1WnKj
x4MLRNlWCfOiiFWaRRT/cTH3lkewmU4zA+jbydFJs1IMElHc+2zF0Mk1srJ4k4e/
FjJTXxG2Sk0GhFmXVbzZpMMzHZu8eTUWKOwzJgFGKG0txHfruDT5H+79cHOPp0ZT
it8ti4BXCdd0RfQdqO5djYIwDpOewFMl+H/3YDAU0VyTDXbHDSgqK3EmwPaxBSo=
=O
-----END PGP SIGNATURE-----

```
-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA512
```

account_id: 1041430362910449664
created_at: 2018-09-16 20:55:22 +0000
last_login_ip: ██████.100
*******************
account_id: 1041430362910449664
created_at: 2018-09-16 23:57:47 +0000
last_login_ip: ██████.100
*******************
account_id: 1041430362910449664
created_at: 2018-09-17 18:40:25 +0000
last_login_ip: ██████.87
*******************
account_id: 1041430362910449664
created_at: 2018-09-17 18:42:34 +0000
last_login_ip: ██████.6
*******************
account_id: 1041430362910449664
created_at: 2018-09-17 20:31:19 +0000
last_login_ip: ██████.125
*******************
account_id: 1041430362910449664
created_at: 2018-09-17 23:19:55 +0000
last_login_ip: ██████.100
*******************
account_id: 1041430362910449664
created_at: 2018-09-18 16:08:41 +0000
last_login_ip: ██████.100
*******************
account_id: 1041430362910449664
created_at: 2018-09-18 17:53:09 +0000
last_login_ip: ██████.171
*******************
account_id: 1041430362910449664
created_at: 2018-09-18 18:43:17 +0000
last_login_ip: ██████.93
*******************
account_id: 1041430362910449664
created_at: 2018-09-18 21:05:33 +0000
last_login_ip: ██████.89
*******************
account_id: 1041430362910449664
created_at: 2018-09-18 21:05:38 +0000
last_login_ip: ██████.10
*******************

account_id: 1041430362910449664  
created_at: 2018-09-18 22:42:10 +0000  
last_login_ip: ▇▇▇▇▇▇▇.6  
*******************  
account_id: 1041430362910449664  
created_at: 2018-09-19 23:49:08 +0000  
last_login_ip: ▇▇▇▇▇▇▇.100  
*******************  
account_id: 1041430362910449664  
created_at: 2018-09-20 03:09:50 +0000  
last_login_ip: ▇▇▇▇▇▇▇.100  
*******************  
account_id: 1041430362910449664  
created_at: 2018-09-21 23:06:49 +0000  
last_login_ip: ▇▇▇▇▇▇▇.100  
*******************  
account_id: 1041430362910449664  
created_at: 2018-09-22 04:54:30 +0000  
last_login_ip: ▇▇▇▇▇▇▇.100  
*******************  
account_id: 1041430362910449664  
created_at: 2018-09-23 23:54:38 +0000  
last_login_ip: ▇▇▇▇▇▇▇.100  
*******************  
account_id: 1041430362910449664  
created_at: 2018-09-24 04:51:31 +0000  
last_login_ip: ▇▇▇▇▇▇▇.100  
*******************  

-----BEGIN PGP SIGNATURE-----  
Comment: GPGTools - https://gpgtools.org  

iQEcBAEBCgAGBQJbs8MuAAoJEHHJ+AuGRPzzV9IIAJV3nNJAlcF4PMc/VMt8aK1/
QE6uLBFsdAcGe4pPDFJVYTKK4InRDprs1I4Nt0NCc6ikTR8MPKgDxo1yksT3AyeL
AMwkYXxG00EdedoC7lG+b670JEGe/2JT0IimD74LrtzXUa+M3x1pvSxH+Ii40sMp
ZMt6OPGHpsOhBUyN+vRjGR8L1tU+K+VsMvcEoMcCIoFzvUOpn9qmcmoMgNCr+Zfd
GnR+5WLZjkWzl1gv7o914XxiH20yFriAoxqAClNeL0pAzqrxZca3eTLtBmbYb5LO
dTATFkCAyW0bZSyxf26mfXhcJrk0hkipb0FWWcVlDnhKJUP2+dvkLrCYAKCHp4s=
        0
-----END PGP SIGNATURE-----