IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

_____

Matthew Buck,                                              Civil Action: No 18-cv-02427

Plaintiff,

v.

**BORA SONG**,

And

**HYE SONG**

Defendants.

_____

Plaintiff's Response to Defendants' Motions to Redact

1

Plaintiff does not oppose Defendants' request that certain personal information, such as Defendants' billing account numbers, be redacted. However, Plaintiff disagrees that the scope or grounds for such request are appropriate.

Under Federal Rule of Civil Procedure 5.2, redaction is appropriate for social-security numbers or taxpayer-identification numbers, the year of an individual's birth, a minor's name, and financial-account numbers. Fed. R. Civ. P. 5.2(a). Additionally, the Court's practice standards indicate that restriction of public access to residential addresses may be appropriate.

As an initial matter, Plaintiff has not disclosed any information which is prohibited from disclosure under Rule 5.2 and has included only information which is relevant to Plaintiff's claims and in establishing sufficient evidence to name Defendants in this suit. However, Plaintiff agrees that redaction of Sprint's subpoena response, ECF No. 36, is appropriate for information such as account numbers. Additionally, while Plaintiff does not believe that the IP addresses cited in his filings are likely to still be assigned to Defendants' account due to their dynamic nature, Plaintiff agrees that it may be appropriate to redact these filings in the future.

However, other information, such as Defendants' residential address or phone numbers, cannot be so easily redacted at this time. As Defendants are *pro se*, they are required to provide an address, phone number, and email address on each of their filings. *See* Fed. R. Civ. P. 11(a). Here, Defendants have provided their residential address as their address for contact and service, as indicated by the Court's docket. Similarly, the phone number listed in Plaintiff's filings is the phone number which Defendants have used to contact Plaintiff. Therefore, until Defendants retain counsel, Plaintiff does not believe

that redaction of this information is appropriate.  Once Defendants retain counsel, Plaintiff agrees that further redaction may be appropriate.

Respectfully Submitted,
*/S Matthew W Buck*
RED LAW
445 Broadway Suite 126
Denver, CO 80203
720-771-4511
matt@red.law

## **CERTIFICATE OF SERVICE**

I, Matthew W. Buck, hereby certify that on January 7, 2019, I served a copy of the foregoing on the defendants via e-mail, and with the court via the court's ECF system.

*/S Matthew W Buck*