STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

_____

Matthew Buck

Plaintiff,

v.

Bora Song

AND

Hye Song,

Defendants.

_____

Civil Action: No 18-cv-02427

Motion to Clarify Defendants' Representation and Compel Participation in Scheduling Discovery Conference

1. On September 26, 2018, the Court entered an order requiring the parties to jointly contact chambers to schedule an initial scheduling conference. (Sep. 26, 2018 Order, ECF No. 10.)

2. The undersigned contacted Defendant Bora Song on January 8, 2019, to request contact information for Defendant Hye Song and to arrange a joint email to comply with the Court's order. (See Exchange of Emails, Ex. A.)

3. Bora Song refused to provide contact information for Hye Song and stated that she represented both parties. (Id., Ex. A.)

4. Both Defendants are pro se and Bora Song is not admitted to practice law in this District or any other jurisdiction.

5. The undersigned again requested contact information for Hye Song and informed Bora Song that he did not believe that Bora Song could represent Hye Song. (Id., Ex. A.)

6. Bora Song again refused to provide contact information and stated that she was unwilling to participate in scheduling the initial scheduling conference. (Id., Ex. A.)

7. Based on Bora Song's responses, the undersigned has serious concerns about Hye Song's knowledge of this matter and Bora Song's unauthorized practice of law.

8. A copy of this motion, the Third Amended Complaint, and Defendants' motion to dismiss are being sent to Hye Song by certified mail, return receipt requested, to assure that she is aware of these proceedings.

Wherefore, Plaintiff respectfully requests the Court enter an order compelling both defendants to provide accurate contact information and to participate in scheduling the initial scheduling conference pursuant to the Court's September 26, 2018 Order.

## CERTIFICATE OF SERVICE

I, Matthew W Buck, hereby certify that on January 9, 2019, I served a copy of the foregoing on the defendants via e-mail, certified first class mail, upon counsel chambers, and to the court through the court's ECF system.