

Matthew Buck <matthew.buck@gmail.com>

## Fwd: Undeliverable: Re: Rule 26(f) conference

**Matthew Buck** <matthew.buck@gmail.com>         Tue, Jan 8, 2019 at 6:43 PM
To: Bora Song <borasong@live.com>

Ms. Song -

I have provided the case to you, because as a pro se party, local rules require me to provide uncited cases to you.

Please provide a phone number and e-mail address for defendant Hye Song, as I need to coordinate a Rule 26 conference call into the court with her, and with yourself.

Please provide dates which work for you to call into the court.

Thanks,
Matthew Buck

> [Quoted text hidden]
>> [Quoted text hidden]
>> ---------- Forwarded message ----------
>> From: Bora Song <borasong@live.com>
>> To: Matthew Buck <matt@red.law>
>> Cc:
>> Bcc:
>> Date: Wed, 9 Jan 2019 00:59:49 +0000
>> Subject: Re: Rule 26(f) conference
>> You have already provided evidence supporting your claim that Defendants are aware of your residence. You have also stated your state of residency. Unlike the case you provided, our case does not need additional discovery.
>>
>> "It is well-established that [t]he burden is on the party seeking to conduct additional discovery to put forth sufficient facts to show that the evidence sought exists." Gager v. United States, 149 F.3d 918, 922 (9th Cir. 1998) (quoting Conkle v. Jeong, 73 F.3d 909, 914 (9th Cir. 1995)).
>>
>>
>> Sent from my iPhone
>>
>> On Jan 8, 2019, at 2:16 PM, Matthew Buck <matt@red.law> wrote:
>>
>>> Ms. Song -
>>>
>>> When do you and your mother have time in the next 10 days for our scheduled Rule 26 conference?
>>>
>>> Also, as a pro se party, I am required to furnish this case to you.
>>>
>>> Thanks,
>>> Matthew Buck
>>>
>>>
>>> --
>>> Matthew Buck
>>> Red Law
>>> 720-771-4511
>>> 445 Broadway #126
>>> Denver, CO 80203



**Matthew Buck <matthew.buck@gmail.com>**

## Fwd: Undeliverable: Re: Rule 26(f) conference

**Bora Song** <borasong@live.com>  Tue, Jan 8, 2019 at 7:03 PM
To: "matthew.buck@gmail.com" <matthew.buck@gmail.com>

March 1.
My phone number and email, as I am representing all defendants.

Sent from my iPhone
[Quoted text hidden]



Matthew Buck <matthew.buck@gmail.com>

## Fwd: Undeliverable: Re: Rule 26(f) conference

**Matthew Buck** <matthew.buck@gmail.com>                    Tue, Jan 8, 2019 at 7:14 PM
To: Bora Song <borasong@live.com>

You're representing both yourself, and Hye song in this matter? And you're position is that all requests should be sent to you only?


Thanks,
Matthew Buck

[Quoted text hidden]



**Matthew Buck <matthew.buck@gmail.com>**

**Fwd: Undeliverable: Re: Rule 26(f) conference**

**Bora Song** <borasong@live.com>  Tue, Jan 8, 2019 at 7:27 PM
To: Matthew Buck <matthew.buck@gmail.com>

  Yep

  Sent from my iPhone
  [Quoted text hidden]

Matthew Buck <matthew.buck@gmail.com>

## Fwd: Undeliverable: Re: Rule 26(f) conference

**Bora Song** <borasong@live.com>  Tue, Jan 8, 2019 at 8:01 PM
To: Matthew Buck <matthew.buck@gmail.com>

Jurisdictional discovery is premature.
I withdraw my March 1 date and decline to proceed in discovery until Motion has been answered by court.

**From:** Matthew Buck <matthew.buck@gmail.com>
**Sent:** Tuesday, January 8, 2019 6:14 PM
**To:** Bora Song
**Subject:** Re: Undeliverable: Re: Rule 26(f) conference

[Quoted text hidden]



**Matthew Buck <matthew.buck@gmail.com>**

## Fwd: Undeliverable: Re: Rule 26(f) conference

**Matthew Buck** <matthew.buck@gmail.com>  Tue, Jan 8, 2019 at 8:22 PM
To: Bora Song <borasong@live.com>

Please refer to the local rules.

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/LocalRules/CivilLocalRules.aspx

Is that still your position?

Thanks,
Matthew Buck

[Quoted text hidden]



**Matthew Buck <matthew.buck@gmail.com>**

## Denied Rule 26(f) conference

**Bora Song** <borasong@live.com>                                              Tue, Jan 8, 2019 at 8:27 PM
To: Matthew Buck <matthew.buck@gmail.com>

As stated below, I decline jurisdictional discovery until Court's answer.
Please refrain from emailing about the same issue that has been answered.
I will no longer send repeated answers and will assume you have understood my answer to be absolute and final.

Thanks !


> On Jan 8, 2019, at 7:22 PM, Matthew Buck <matthew.buck@gmail.com> wrote:
>
> Please refer to the local rules.
>
> http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/LocalRules/CivilLocalRules.aspx
>
> Is that still your position?
>
> Thanks,
> Matthew Buck
>
> On Tue, Jan 8, 2019 at 8:01 PM Bora Song <borasong@live.com> wrote:
>
>> Jurisdictional discovery is premature.
>> I withdraw my March 1 date and decline to proceed in discovery until Motion has been answered by court.
>>
>>
>> **From:** Matthew Buck <matthew.buck@gmail.com>
>> **Sent:** Tuesday, January 8, 2019 6:14 PM
>> **To:** Bora Song
>> **Subject:** Re: Undeliverable: Re: Rule 26(f) conference
>>
>> You're representing both yourself, and Hye song in this matter? And you're position is that all requests should be sent to you only?
>>
>>
>> Thanks,
>> Matthew Buck
>> On Tue, Jan 8, 2019, 7:03 PM Bora Song <borasong@live.com> wrote:
>>> March 1.
>>> My phone number and email, as I am representing all defendants.
>>>
>>> Sent from my iPhone
>>>
>>> On Jan 8, 2019, at 5:44 PM, Matthew Buck <matthew.buck@gmail.com> wrote:
>>>
>>>> Ms. Song -
>>>>
>>>> I have provided the case to you, because as a pro se party, local rules require me to provide uncited cases to you.

Please provide a phone number and e-mail address for defendant Hye Song, as I need to coordinate a Rule 26 conference call into the court with her, and with yourself.

Please provide dates which work for you to call into the court.

Thanks,
Matthew Buck

On Tue, Jan 8, 2019 at 6:02 PM Bora Song <borasong@live.com> wrote:

> You have already provided evidence supporting your claim that Defendants are aware of your residence. You have also stated your state of residency. Unlike the case you provided, our case does not need additional discovery.
>
> "It is well-established that [t]he burden is on the party seeking to conduct additional discovery to put forth sufficient facts to show that the evidence sought exists." Gager v. United States, 149 F.3d 918, 922 (9th Cir. 1998) (quoting Conkle v. Jeong, 73 F.3d 909, 914 (9th Cir. 1995)).
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** Microsoft Outlook <postmaster@outlook.com>
>> **Date:** January 8, 2019 at 4:59:50 PM PST
>> **To:** <borasong@live.com>
>> **Subject: Undeliverable: Re: Rule 26(f) conference**
>>
>> **Delivery has failed to these recipients or groups:**
>> Matthew Buck (matt@red.law)
>> Your message couldn't be delivered. The Domain Name System (DNS) reported that the recipient's domain does not exist.
>> Contact the recipient by some other means (by phone, for example) and ask them to tell their email admin that it appears that their domain isn't properly registered at their domain registrar. Give them the error details shown below. It's likely that the recipient's email admin is the only one who can fix this problem.
>> For more information and tips to fix this issue see this article: https://go.microsoft.com/fwlink/?LinkId=389361.
>>
>> **Diagnostic information for administrators:**
>> Generating server: DM3NAM03HT122.mail.protection.outlook.com
>> matt@red.law
>> Remote Server returned '550 5.4.310 DNS domain red.law does not exist [Message=InfoDomainNonexistent]
>> [LastAttemptedServerName=red.law] [BY2NAM03FT039.eop-NAM03.prod.protection.outlook.com]'

Original message headers:

DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed;
d=live.com; s=selector1;
 h=From:Date:Subject:Message-ID:Content-Type:MIME-Version:X-MS-
Exchange-SenderADCheck;
 bh=Pywc57tfCY/kqWLDw0wpkRx89H5K9o3+NrEgQ42fFu8=;
 b=AvGGA0/I5sU45uGxvW3kGFKwJUx8se6voqvA9
jIF1aNm/V1hNfa74UR/uR4OFYG/+vpNOwJVIwKxvZT0RMtci2GXJSuANmI
U8tK1/U1DOBc2ycgRjdtq4fst9oZvKyFqmIUS6pOxWpb8+
04AcYo6VGLuFd3CRIVkAqOrZJwg7yl1RMnTVqjENF+
s2zwbFZWRdk4VIfkTAMLW8QY6Lxib2zdbYJlr3Iq+
fqHyrIk5MAA3ESZWPXQhZeaNWcSIB0ntbPGs3MTgRWPChMB48a8eP8oMYcHE
riLsnqiYWnJqoy3Vskw7MqZ4zQUy6RXEPqqc4Q6doNKX59fhEoiLPhs9YQ==
Received: from DM3NAM03FT058.eop-NAM03.prod.
protection.outlook.com
 (10.152.82.52) by DM3NAM03HT122.eop-NAM03.prod.
protection.outlook.com
 (10.152.83.79) with Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_256_CBC_SHA384) id
15.20.1471.13; Wed, 9 Jan
 2019 00:59:50 +0000
Received: from BN7PR06MB6034.namprd06.prod.outlook.com
(10.152.82.54) by
 DM3NAM03FT058.mail.protection.outlook.com (10.152.82.212) with
Microsoft SMTP
 Server (version=TLS1_2, cipher=TLS_ECDHE_RSA_WITH_AES_
256_CBC_SHA384) id
 15.20.1471.13 via Frontend Transport; Wed, 9 Jan 2019 00:59:50
+0000
Received: from BN7PR06MB6034.namprd06.prod.outlook.com
 ([fe80::9834:1387:dc4a:9f54]) by
BN7PR06MB6034.namprd06.prod.outlook.com
 ([fe80::9834:1387:dc4a:9f54%5]) with mapi id 15.20.1495.011;
Wed, 9 Jan 2019
 00:59:50 +0000
From: Bora Song <borasong@live.com>
To: Matthew Buck <matt@red.law>
Subject: Re: Rule 26(f) conference
Thread-Topic: Rule 26(f) conference
Thread-Index: AQHUp5/P0qLnO65IVkeXAntPRRl44aWmHf1Y
Date: Wed, 9 Jan 2019 00:59:49 +0000
Message-ID: <BN7PR06MB6034EA355BCB5F2BEEEF
780EA88B0@BN7PR06MB6034.namprd06.prod.outlook.com>
References: <CACdu39_wQcYs_eMFYmuL4rLNmmd9awaxOV_
PVVjZsUvvaS4W3A@mail.gmail.com>
In-Reply-To: <CACdu39_wQcYs_eMFYmuL4rLNmmd9awaxOV_
PVVjZsUvvaS4W3A@mail.gmail.com>
Accept-Language: en-US
Content-Language: en-US
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
x-incomingtopheadermarker: OriginalChecksum:
68B9D23427D145C28FCF4D22917BFF5DAAE3DE41B5474A028F544E622C96
FFD1;UpperCasedChecksum:73CD80FB7A525679C350FD3B396959
B140643194A2CF432307D050592BC5FA87;SizeAsReceived:6997;Count:46
x-ms-exchange-messagesentrepresentingtype: 1
x-tmn: [XvmLyzPbz17ELpSh0XC+8MaLvBETTkeBIBl/5zFKtDY=]
x-ms-publictraffictype: Email
x-microsoft-exchange-diagnostics: 1;DM3NAM03HT122;6:zJtGjEz/
gbzQkwuTjQaRLzsAk3egXSSZoNwUz4Tql9UetAlDV1zx2BrQhKmvp2DPJ7aP
4CvAhsGawaFEmDz7fhFrNFv+KovnfSW7bOUarNaNj19LvZiIpvs8Sw
8ZxbT1VKtLfDk6ew/zRsbJiLvG9/gmDvcB7fy3Qm9Nnu9wu/
Yi6iEd0YM1IGFHg12o21FuK98vwV96KxQhZc4yU/
LhozuhSZOpKWDGqxS3iwR3XHDfdrSZwKCxjbV/+vCrSepblYQG3NA2tuDO+u53/
4xJR6qLC5bLf2kZfAYMXFQ97FOP9WP8t1IvN8JWfOl6Ps6KHdLU1T6wgJ3gd
Ta1xVsCI5qLpKxSzVLO3kxA8XmJNzwqd403q2mPye1mrrJ0OsGvDFcDi6xNP
1bgykGQU9i07cXiWVCKF1+whz3JDt+HPgRDnOn0a/Q+

```
MecjScWIX4Qi62400Q34IlSay6H0tVpKMQ==;5:rYiPIjFWo07T4yTE/l5Mp/
lHJslmuYt71GR0LFV7dXttlb9w9m4HZ/+L/
CIWt3o3H68WcFNXLDXlprpnT9dMktChLbKDhWDInT+dqF850xIEi/
AtryIpGImPgCbTfPGZY5W40E7Edbi3H9ZMmHkjagcjW3shDTvfXPsmJdIHQN
0=;7:ciYeNrmroMvDLH7JI9yrkHgpRu7t1D
pSna5vkgRzyxDddKpdaa8r8YJcrqUptSqFg4X6BH3U7igH1gQ+o+
0X3Nxhobc1IIDG0wyXtzlLGuk4UVkJn4mI7KpYKpNnxHs2ljucHkod6iJYZA
5cnUZMOQ==
x-incomingheadercount: 46
x-eopattributedmessage: 0
x-microsoft-antispam: BCL:0;PCL:0;RULEID:(2390118)(7020095)
 (20181119068)(201702061078)(5061506573)(5061507331)(1603103135)
 (2017031320274)(2017031323274)(2017031324274)(2017031322404)(
 1601125500)(1603101475)(1701031045);SRVR:DM3NAM03HT122;
x-ms-trafficytypediagnostic: DM3NAM03HT122:
x-exchange-antispam-report-cfa-test: BCL:0;PCL:0;RULEID:
 (4566010)(82015058);SRVR:DM3NAM03HT122;
BCL:0;PCL:0;RULEID:;SRVR:DM3NAM03HT122;
x-microsoft-antispam-message-info:
jo4D5g7WXGP078Vjbaq8fCqlgW1hk3PkJ+
FkkjVsipt7zCv4W7vnetcTyBVhBPNf
Content-Type: multipart/alternative;
        boundary="_000_BN7PR06MB6034EA355BCB5F2BEEEF7
80EA88B0BN7PR06MB6034namp_"
MIME-Version: 1.0
X-OriginatorOrg: live.com
X-MS-Exchange-CrossTenant-RMS-PersistedConsumerOrg: f12efbb0-
867f-4c93-8261-502eceebfafa
X-MS-Exchange-CrossTenant-Network-Message-Id: 3d120755-3294-
4c7e-8bff-08d675cdc1e2
X-MS-Exchange-CrossTenant-rms-persistedconsumerorg: f12efbb0-
867f-4c93-8261-502eceebfafa
X-MS-Exchange-CrossTenant-originalarrivaltime: 09 Jan 2019
00:59:49.9848
  (UTC)
X-MS-Exchange-CrossTenant-fromentityheader: Internet
X-MS-Exchange-CrossTenant-id: 84df9e7f-e9f6-40af-b435-
aaaaaaaaaaaa
X-MS-Exchange-Transport-CrossTenantHeadersStamped:
DM3NAM03HT122
```

---------- Forwarded message ----------
From: Bora Song <borasong@live.com>
To: Matthew Buck <matt@red.law>
Cc:
Bcc:
Date: Wed, 9 Jan 2019 00:59:49 +0000
Subject: Re: Rule 26(f) conference

You have already provided evidence supporting your claim that Defendants are aware of your residence. You have also stated your state of residency. Unlike the case you provided, our case does not need additional discovery.

"It is well-established that [t]he burden is on the party seeking to conduct additional discovery to put forth sufficient facts to show that the evidence sought exists." Gager v. United States, 149 F.3d 918, 922 (9th Cir. 1998) (quoting Conkle v. Jeong, 73 F.3d 909, 914 (9th Cir. 1995)).

Sent from my iPhone

On Jan 8, 2019, at 2:16 PM, Matthew Buck <matt@red.law> wrote:

> Ms. Song -

When do you and your mother have time in the next 10 days for our scheduled Rule 26 conference?

Also, as a pro se party, I am required to furnish this case to you.

Thanks,
Matthew Buck

--
Matthew Buck
Red Law
720-771-4511
445 Broadway #126
Denver, CO 80203

<Boddy v. Pourciau_ 2018 U.S. Dist. LEXIS 166699 - Copy.PDF>