**Wilma**
@williamwilma2

Follow

Matthew Buck has now threatened my daughter and claimed he will use her pictures online. I have all the files. As a mother of 4 kids, this is up to me now. My daughters are all on #lawtwitter and I would like to be in the loop to see what the fuss is about.

2:59 PM - 21 Sep 2018








Following back anyone on #lawtwitter. Please come forward if you would like to report anything about Matthew William Buck. I am collecting any and all reports. I have copies of his records and screenshots of my own.

3:00 PM - 21 Sep 2018






**Wilma**
@williamwilma2

Follow

Replying to @PirateAtLaw @SteamboatUSA @J_Dot_J

Sex offenders do not have second chances. It's worse than cannibalism, as the Mexican mafia says. Also, you would understand when you're a parent whose child may be friends with a kid with a registered dad. It angers me that Matt can get away with harassing women online.

5:25 PM - 21 Sep 2018





Wilma
@williamwilma2
Follow
Replying to @PinkLemonadePie
Thank you! Matthew Buck @redlawco has several reports filed at his local police in Denver.
1:44 PM - 23 Sep 2018


1






Wilma
@williamwilma2
Follow
It appears that my attorney attempted to send a service person to Matt's address to personally deliver. Will continue hunting him down until personally delivered. Thank you all for the supportive messages!
1:51 PM - 23 Sep 2018



**Wilma**
@williamwilma2

Follow

The police will investigate as well. It took them too long for the first report to be filed so we will see how this goes!
I am not sure why @redlawco and his wife blocked me. If you would like to formally apologize to me with your actual account, I would appreciate that too :)

1:53 PM - 23 Sep 2018

**1** Like 

  1


Wilma
@williamwilma2
Follow
I have all the evidence and info I need. I will visit this page occasionally to see if you have any more for me! Thank you all so so much!
1:54 PM - 23 Sep 2018

**Wilma**
@williamwilma2

Follow

Let's keep sex offenders away from children PERIOD.
If they are going to be sexually attracted to A CHILD, what makes it so that the child won't be his own? Or yours?

1:57 PM - 23 Sep 2018





**Wilma**
@williamwilma2

Follow

Matthew William Buck: if you are reading this, please stop sending DMs to my daughter. I still see it.
Claire Adrienne Buck: I am so sorry for a husband like this. I hope you make better choices in the future for your children and for yourself. Good luck.

1:57 PM - 23 Sep 2018

**Wilma**
@williamwilma2

Follow

I will put an end to twitter harassments and sexual predators online. This is my goal and I will continue until every child can be on twitter without middle aged men like Matthew W. Buck harassing and coercing young females to send nudes or to send personal information.

1:58 PM - 23 Sep 2018








Follow


It's funny reading the report with twitter handle names. I understand and respect your privacy. I still think these reports are very necessary and helpful to my case. Thank you anonymous law twitter!

2:03 PM - 23 Sep 2018







**Wilma**
@williamwilma2

Follow

I am here to protect people who will/is currently being harassed by Matthew William Buck. I have no duty to prove the evidence I have gathered to anyone. If you are or were harassed, feel free to give me a heads up. I appreciate all the people who have so far. Thank you. twitter.com/ellewoodsgolfs ...

This Tweet is unavailable.

4:30 PM - 23 Sep 2018








I am unsure why Matthew is creating multiple fake accounts to ask for the copies of what I have. Surely you will find them along with the claim and police reports. I have no obligation to share what I have found. I am not here to oust anyone who has helped me. twitter.com/snitchesbcrazy ...

This Tweet is unavailable.

4:35 PM - 23 Sep 2018




Wilma
@williamwilma2

Follow

My daughter is ONE of MANY on his DMs. He wants to know who. The more you sit back and watch, the more you find info. I will be on the lookout for more victims. Feel free to come forward.

4:40 PM - 23 Sep 2018

Wilma
@williamwilma2

Follow

Replying to @ellewoodsgolfs @DeJureSass

Sorry for the confusion. I am here for my daughter. I am being asked by multiple fake accounts to supply DM screenshots. I am being told by @dejuresass that there are others who have been in the same situation as my daughter and that I may be one of all of these women.

5:04 PM - 23 Sep 2018

Wilma

@williamwilma2

Follow

Replying to @ellewoodsgolfs @DeJureSass

I personally had never been harassed by Matthew Buck himself. He wants to know who THIS account that I own is owned by because he has so many women he harassed, he can't quite point out which one I am. (Though I am not personally a recipient)/

5:06 PM - 23 Sep 2018




I am aware @redlawco made his account private. Thank you for keeping me updated and sending me info on what he has been tweeting. I assure you the investigation is not going to be delayed by his privatization of his tweets. We are mostly interested in the evidence I already have.

9:48 PM - 24 Sep 2018