Tweet



Wilma
@williamwilma2

I want to retract all the tweets I have sent out. I am not a mother and I have not been personally asked for pictures of nudity. I was speaking on behalf of the people who felt threatened and harassed by Matthew. I felt it was necessary to personally notify his wife. 1/2

12/8/18, 1:46 PM

Tweet your reply

