

Matthew Buck <matt@red.law>

## Rule 26(f) conference
1 message

**Matthew Buck** <matt@red.law>                                                            Tue, Jan 8, 2019 at 3:16 PM
To: borasong@live.com

Ms. Song -

When do you and your mother have time in the next 10 days for our scheduled Rule 26 conference?

Also, as a pro se party, I am required to furnish this case to you.

Thanks,
Matthew Buck


--
Matthew Buck
Red Law
720-771-4511
445 Broadway #126
Denver, CO 80203

📄 **Boddy v. Pourciau_ 2018 U.S. Dist. LEXIS 166699 - Copy.PDF**
105K



**Matthew Buck <matt@red.law>**

# Rule 26 scheduling conference
1 message

**Matthew Buck** <matt@red.law>  Tue, Jan 22, 2019 at 10:22 AM
To: borasong@live.com

Ms. Song -

Please provide a telephone number for your mother.

Additionally, please advise dates that you are available for a Rule 26 scheduling conference. The court requires that we hold this conference within 45 days of service.

Thanks,
Matthew Buck


--
Matthew Buck
Red Law
720-771-4511
445 Broadway #126
Denver, CO 80203



**Matthew Buck &lt;matt@red.law&gt;**

## Rule 26 Conference

**Matthew Buck** &lt;matt@red.law&gt;                                             Wed, Jan 23, 2019 at 2:58 PM
To: borasong@live.com

Ms. Song -

You are entitled to discovery once we have had our Rule 26 conference with your mother and myself. Please provide me a list of dates that work for you, and provide a phone number for your mother so that I can get dates that work for her.

You cannot subpoena an out of state witness against their will, and as Taylor has told you, she will not be participating in this case.

Any discussions I had with Taylor are not relevant to the complaint in this case.

At which time we have had the conference and enter into discovery, I will provide you with a Charter Subpoena response showing that the harassing e-mail you sent originated from your mother's Charter account, and that both the WilliamWilma2 and xxxidgaf accounts were accessed from your cellular phone, and your mother's Charter account. Additionally, you accessed the Seeking Arrangements account with your boraesq email address, which I will provide proof of at which point we have our conference.

Thanks,
Matthew Buck

--
Matthew Buck
Red Law
720-771-4511
445 Broadway #126
Denver, CO 80203



Matthew Buck <matt@red.law>

# Rule 26 Conference

**Matthew Buck** <matt@red.law>   Wed, Jan 23, 2019 at 3:53 PM
To: Bora Song <borasong@live.com>

Well we can certainly discuss what activities you engaged in when you provide your seeking arrangements emails to me.

Again, please provide me with your mother's phone number and the dates youre available for a Rule 26 conference.

Thanks,
Matthew Buck

[Quoted text hidden]