10:14 ⌁



## y so srs?
@satireblobberz



youre a piece of shit. lol buck did his time? did you see his victim? get educated



Hundreds of Colorado sex offenders de-register every year

thedenverchannel.com

BITCH you are WELCOME

investigation by attorney reg and court and police. SWEET MOTHERFUCKING GLORY

im keeping my eyes on you

**This media is hidden**

It's hidden since it's from someone you don't follow.

Do you want to let y so srs? message you? They won't know you've seen their message until you accept.
Report @satireblobberz

Delete     Accept

1:33 ✓

**Original Tweeter**

Our Contact7 investigation found **hundreds** of sex offenders get off the Sex Offender Registry every year in Colorado, and in one case, even when the victim of the crime pleaded against it. The convicted felon...

facebook.com/JaclynDenver7/...

💬 3        🔁 4        ♡ 4        ⬆️

**Nate @natejundt · 4d**

I'm not here to defend sexual predators, but why are they the only group to receive a scarlet letter? There has been a lot of talk about criminal justice reform and to brand these people for life seems like it ruins their chances at redemption. Drug dealers don't have to register

💬 1        🔁        ♡ 1        ⬆️

**Karen**
**@satireblobberz**

Replying to @natejundt and @jaclynreporting

because sex offenders have mental diseases but can appear normal. they have urges to rape children so it's extra dangerous in our communities.

10:48 PM · 2/8/19 · Twitter Web Client

💬        🔁        ♡        ⬆️

Tweet your reply



7:30 ⚹                                          ⬤⬤⬤ LTE ▭

< **Thread**

**Karen aint my last name BUCK** @sat... ·58m ⌄
Matthew Buck said he had a romantic
relationship with a high school kid. Then he told
me the girl (14 years old) lied about her age.
THEN he said that there was no sexual contact.
THEN he said that he thought she was mature.
THEN he said all other types of lies. AND
harassed ME.

💬 2          ⟲          ♡          ⬆

**Karen aint my last name BUCK**                    ⌄
@satireblobberz

@J_Dot_J bitch you didnt even know. trust
the news instead of some bloke you speak
to online. make new friends you old piece
of shit

7:27 PM · 2/9/19 · Twitter Web Client

💬          ⟲          ♡          ⬆

Tweet your reply

⌂          🔍          🔔          ✉

2:02 ⏱                                    .ıl LTE 🔋

‹                        **Tweet**



**Karen aint my last name BUCK**
@satireblobberz                              ⌄

Matthew Buck lied in court about his
previous conviction to de-register. This is
perjury in court. The victim came out on
@DenverChannel reported by
@jaclynreporting to expose his lies. Please
remove @redlawco on @Twitter
@denverpost @COBarAssoc
@ABAJournal He should not be here



U WOT M8, Esquire                         ⓘ
@RedLawCO

                                          lol

                                          5m ✓

I made out with a girl who went to the HS I
coached lacrosse at                    ⊘ 🗑

And she lied about her age, but she claimed I
lied about MY age

Which is BS, because what guy says that they
are younger than they are?

Took a plea offer, yadda yadda yadda

2m

8:00 PM · 2/9/19 · Twitter Web Client

Tweet your reply

🏠            🔍            🔔            ✉



2:02 ✓          📶 LTE ⬜

<          **Tweet**         



**Karen aint my last name BUCK**
@satireblobberz         ∨

nothing going on here folks, the usual.



c.m. @_cee_em · Sep 20
What did I miss today?

♡ 1    ⟲    ♡    ✉

**Caviar** @CaviarEmptor · Sep 20
This guy in Colorado practices law and is convicted of raping/trying to fake naked pics of a 14 year old when he was 22, and somehow people think we shouldn't judge him/should forgive + be ok w him being an atty because he agreed to be on the registry bc it was a 'bad choice'

GIF

♡ 1    ⟲    ♡    ✉

7:59 PM · 2/9/19 · Twitter Web Client



○       ⟲       ♡       ⬆

Tweet your reply

                  



2:02 🏂                                                      ⦁⦁❘❘ LTE ⬜

‹                          **Tweet**



**Karen aint my last name BUCK**
@satireblobberz                                    ⌄

awk that @J_Dot_J was a clueless bitch
but at least Matthew Buck is fully exposed,
thanks to the victim who came out to
expose him and the truth has been
REVEALED. bitch watch the news.



Feliz Navi-JJ @J_Dot_J · Sep 20
Sure we do. And the next time you make a bad one and suffer all the
consequences, I hope people aren't judging you years after the fact.

  ♡ 4        ⟲              ♡ 5          ✉

Caviar @CaviarEmptor · Sep 20
Are you saying that we shouldn't judge someone for being a sex offender
because they were caught years ago and just call it a 'bad choice'? Because we
should totally judge adults for preying on young teens.

  ♡ 2        ⟲              ♡ 1          ✉

Feliz Navi-JJ @J_Dot_J · Sep 20
No. I'm saying if someone is convicted of a crime, fulfills all the terms of their
punishment, and becomes a reformed and productive member of society, that's
a good thing. Whether people can forgive or not is up to them.

  ♡ 2        ⟲              ♡ 2          ✉

**Error Coram Nah, B.**
@errorcoramnobis                                   Following   ⌄

Replying to @J_Dot_J @CaviarEmptor @SteamboatUSA
He still harasses and creeps on women on
here, J.

3:25 PM - 21 Sep 2018

7:58 PM · 2/9/19 · Twitter Web Client

Tweet your reply

                        



2:02 ✈                                                 ⚬⚬⚬ LTE ⬜

<                          **Tweet**



**Karen aint my last name BUCK**
@satireblobberz                                      ⌄

when he talks shit about his lil troops who
defend his ass on #lawtwitter
@J_Dot_J @dejuresass @privilegelog
@Halfcockedlaw @Omnibus_Esq
@SleepyHead_band @NotPeoriaMayor
@SameenaKluck
@fieldingpierce and everyone else who
prob dont even want to know him irl



38s

I dont gaf about twitter either

Its 100% for the lulz

These losers are out here treating it like its real
life

12s

idk u seem very invested in the people here
haha

9s ✓

Well I know a lot of them personally

now

|                                        ☺  GIF  🖼  S

Tweet your reply

   

2:02 ✓                                                              .ıl LTE ⬜



**Karen aint my last name BUCK**
@satireblobberz

you cant sue for ruining rep if you never had good rep lil bitch



Tweet your reply

   

2:03 ✔                                              .ıll LTE ▭⬩

<

 @satireblobberz

This is what Matthew Buck messaged me about his own croonies some time before I blocked him.

No, Matt you piece of shit, people hate you because youre an ignorant disgusting asshole, not bc youre a felon. YOURE harassing people and then you get mad that they hate you back?



U WOT M8, Esquire
@RedLawCO                                    ⓘ   >

Youre an attractive, well pedigreed lawyer

These fucking hags are ALWAYS out for blood

Its why they hate me

Because Im a felon and I fucking stunt on them so hard

14s

Tweet your reply

                        

2:03 ✓                                    .III LTE ⬜

# Tweet

**Karen aint my last name BUCK**
@satireblobberz                          ⌄

i dont really care about anyone other than myself and the people i love. and once you start messing with me & the people i love, i am coming after you.

not sure how i can make your life any worse than it is now though, Matthew Buck @redlawco do you know what happiness is?

7:26 PM · 2/9/19 · Twitter Web Client

💬        ⟲        ♡        ⬆

Tweet your reply

2:03 🕐                                                    � 📶 LTE ▭

< **Tweet**

Karen aint my last name BUCK
@satireblobberz                                         ∨

@LonlyStrbuxLovr hi Jessica. Send me
your email and phone number. Otherwise
Id have to contact you via work. Thanks!

7:20 PM · 2/9/19 · Twitter Web Client

💬            ⟲            ♡            ⬆️

Tweet your reply

2:03 ✈

.ıll LTE ▭

<

**Tweet**

**Karen aint my last name BUCK**
@satireblobberz

˅

Matthew Buck harassing me? that's fine, ill block (which I did way back in July). Then he continued harassing me. Im just here trying to do my own shit. I know youre a miserable person with wife and kids you dont even WANT/LIKE, but you cant ever bring me down to your level.

7:17 PM · 2/9/19 · Twitter Web Client

💬          ⟲          ♡          ⬆

Tweet your reply

2:04 ✈

••ll LTE ⬜

# Tweet

<

**Karen aint my last name BUCK**
@satireblobberz

v

police said to me :
havent you ever heard not to talk to
strangers online?!

one search wouldve taught me not to
even accept his message request
Name:MATTHEW W BUCK
Date of Birth:8/28/1978
 DENVER , CO 80212
Sexual Predator

6:59 PM · 2/9/19 · Twitter Web Client

💬            ⟲            ♡            ⬆

Tweet your reply

🏠            🔍            🔔            ✉

2:04 ⌁                                                           ..ıl LTE ▭

 **Karen aint my last name BUCK**
@satireblobberz                                        ⌄

that one time i thought he was telling the truth; that one time he was trying so hard to befriend me. Matthew Buck, your lies are REVEALED. Victim never lied about her age. Youre the only one lying.



.ıl Sprint Wi-Fi 🛜 ❉          9:10 PM          ⌁ ⚡ 28% ▭

‹   **Bucker T Washington, Sheriff of T...** ⓘ
@RedLawCO

She said she was 17

And she CLAIMS I told her I was 19

Which makes NO sense

9:09 PM

oh she was a sly 14 yr old

damn i feel bad for her parents

9:09 PM ✓

Why would a 21 year old say he was 19?

9:09 PM

Tweet your reply

               

Look, I dont know who you are but I need you to know that Matthew Buck has been harassing women on twitter and he is exposed on the news for his past crime and lying about it to de-register. i am being sued solely because of some statement about his past conviction. point is- the colorado bar will be investigating him. i need you to know this because i hear that you know him.

Yesterday, 8:37 PM

7:16



# Karen aint my last name BUCK

@satireblobberz   Follows you

**509** Following   **13** Followers