FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAR 11 2019
JEFFREY P. COLWELL
CLERK

## U.S. DISTRICT COURT FOR THE DISTRICT OF COLORADO

MATTHEW W. BUCK, Plaintiff,
v.   CIVIL ACTION NO. 18-CV-02427
BORA SONG,
HYE SONG, Defendants.

### DEFENDANTS' MOTION TO APPEAR BY TELEPHONE

Comes now Defendants, pro se, hereby move to appear telephonically for Scheduling Conference on April 10, 2019.

Pro se Defendants cannot confer with Plaintiff because he is not responsive, and he is not cooperative with any requests. Defendants cannot appear in person because they are not residents of Colorado, are pro se, and face hardship in appearing in Colorado court on the specified hearing date. Defendants are arguing for Motion to Dismiss based on Lack of Personal Jurisdiction. Defendants will be accessible via telephone on the date and time of the conference.

Wherefore, the defendants respectfully requests:

1. That defendants be permitted to appear telephonically on April 10, 2019 at 8:30 AM.
2. That this Court grant any such relief this Court deems just, equitable, and proper.

Respectfully submitted,

Bora Song, pro se
Hye Song, pro se

### Certificate of Service

The undersigned hereby certifies that on this 8 March 2019, a true and correct copy of the foregoing **MOTION TO APPEAR BY TELEPHONE** was filed and served via email to the following:

Matthew W. Buck
matthew.buck@gmail.com // Matt@red.law

Bora Song
Hye Song

March 8, 2019

Bora Song
2124 5th Ave
LA, CA 9018

80294-250099

District Court Denver County
Clerks office
901 19th Street
Denver, CO 80294

RIMPAU STA
MAR -7 2019
90019 USP