IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:   18-cv-02427-RBJ | Date:  April 10, 2019 |
| Courtroom Deputy:   Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| MATTHEW BUCK | *Pro Se* |
| **Plaintiff** | |
| **v.** | |
| HYE SONG | *Pro Se via telephone* |
| BORA SONG | *Pro Se via telephone* |
| **Defendants** | |

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

Court in Session:  8:31 a.m.

Appearance of parties.

Parties have failed to submit a proposed scheduling order.

**ORDERED:   [45] Motion to Dismiss is DENIED.**

Discussion held on the claims in the case.

**ORDERED:   Oral Motion to Voluntarily Dismiss the Case is GRANTED.**

**Parties are to not directly, or indirectly through others, have any contact with each other in any way including internet postings.**

Court in Recess: 8:41 a.m.          Hearing concluded.          Total time in Court:  00:10